

convictions have ultimately come to depend. Thus, even on its own terms, the Court should vacate the judgments below and remand for a determination whether petitioners should be afforded a new trial under local community standards.

No. 74–1037. ALLIGATOR CO., INC. *v.* LA CHEMISE LACOSTE ET AL., *ante,* p. 937;

No. 74–1171. GABRIEL ET AL. *v.* LEVIN ET AL., *ante,* p. 915; and

No. 74–5950. TALK *v.* UNITED STATES, *ante,* p. 932. Petitions for rehearing denied.

No. 74–5906. BROGAN *v.* WEINBERGER, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, 420 U. S. 1006. Motion for leave to file petition for rehearing denied.

JUNE 3, 1975

No. 74–1300. LOUISIANA *v.* HERMAN. Sup. Ct. La. Certiorari dismissed under this Court's Rule 60. 

JUNE 4, 1975

No. 74–6344. DUHART *v.* UNITED STATES. C. A. 6th Cir. Certiorari dismissed under this Court's Rule 60.

JUNE 9, 1975

No. 74–1296. WATER TRANSPORT ASSN. ET AL. *v.* UNITED STATES ET AL.; and

No. 74–1297. AMERICAN WATERWAYS OPERATORS, INC., ET AL. *v.* UNITED STATES ET AL. Affirmed on appeal from